Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Co-Lead Counsel for Plaintiff and the Class

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JONAH ANSELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL S. LAIKIN, TIMOTHY S. DURHAM, PAUL SKJODT, ROBERT LEVY, JAMES P. JIMIRRO, DUNCAN MURRAY, JAMES TOLL, LORRAINE EVANOFF, and NATIONAL LAMPOON, INC.,<br><br>Defendants. | No. 10-CV-09292 PA (AGRx)<br><br>**NOTICE OF NON-OPPOSITION TO ANSELL GROUP'S LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Percy Anderson<br>Hearing Date/Time: March 7, 2011, 1:30 pm<br>Location: Spring Street , Ctrm 15 |

0

NOTICE OF NON-OPPOSITION TO ANSELL GROUP'S LEAD PLAINTIFF MOTION
No. 10-CV-09292 PA (AGRx)

Movants Jonah Ansell, Joseph Isaacs, and Michael Raspatello ("Movant" or the "Ansell Group") respectfully submit this Notice of non-opposition to the Ansell Group's motion for appointment as Lead Plaintiff, approval of the Group's selection of the Rosen Law Firm, P.A. and Rigrodsky & Long, P.A. as co-Lead Counsel (the "Lead Plaintiff Motion"). Because the Ansell Group is the presumptive "most adequate plaintiff" (*See* Opening Br. at pp. 2-7), and the Group's appointment is unopposed, the Court should grant the Ansell Group's motion in its entirety, without a hearing. Should the Ansell Group be appointed Lead Plaintiff, the Group intends to file an amended complaint as the Lead Plaintiff on behalf of the putative Class. In the coming days, undersigned counsel will confer with defense counsel, and submit a proposed schedule for the filing of Lead Plaintiff's amended complaint and briefing schedule for defendants' anticipated motions to dismiss.

On February 7, 2011 the Ansell Group timely filed their lead plaintiff motion, claiming losses of over $42,000. Docket nos. 4-6. The deadline to oppose was February 14, 2011. No opposition to the Ansell Group's motion has been filed. Because the Ansell Group has the largest financial interest before the Court and no opposition has been submitted to the Group's motion, the Court should grant the motion without a hearing and permit Lead Plaintiff and defendants to submit a joint schedule for the filing of the amended complaint and the briefing of defendants' anticipated motions to dismiss.

1

| | |
|---|---|
| Dated: March 1, 2011 | Respectfully submitted,<br><br> /s/ Laurence Rosen, Esq.<br>Laurence M. Rosen, Esq. (SBN 219683)<br>**THE ROSEN LAW FIRM, P.A.**<br>333 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 785-2610<br>Fax: (213) 226-4684<br>Email: lrosen@rosenlegal.com<br><br>-and-<br><br>Seth D. Rigrodsky, Esq.<br>**RIGRODSKY & LONG, P.A.**<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801<br>Tel.: (302) 295-5310<br>Fax: (302) 654-7530<br>Email: sdr@rigrodskylong.com<br><br>[Proposed] Co-Lead Counsel for Plaintiff and the Class |

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 1, 2011, I electronically filed the following **NOTICE OF NON-OPPOSITION TO ANSELL GROUP'S LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 1, 2011

/s/ Laurence Rosen
Laurence M. Rosen
