Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

Seth D. Rigrodsky, Esq.
**RIGRODSKY & LONG, P.A.**
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com

[Proposed] Co-Lead Counsel for Plaintiff and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH ANSELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL S. LAIKIN, TIMOTH S. DURHAM, PAUL SKJODT, ROBERT LEVY, JAMES P. JIMIRRO, DUNCAN MURRAY, JAMES TOLL, LORRAINE EVANOFF, and NATIONAL LAMPOON, INC.,<br><br>Defendants. | No. CV 10-09292 PA (AGRx)<br><br>**DECLARATION OF LAURENCE ROSEN RE: ORDER TO SHOW CAUSE DISMISSAL FOR LACK OF PROSECUTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Percy Anderson |

1
DECLARATION OF LAURENCE M. ROSEN -- No. CV 10-09292 PA (AGRx)

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing shareholder of the Rosen Law Firm, P.A., attorneys for Jonah Ansell, Joseph Isaacs, and Michael Raspatello (the "Ansell Group"). I make this Declaration in response to the Order to Show Cause Re: Dismissal for Lack of Prosecution, docket no. 9. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Prior the filing of the above-captioned action, I provided a copy of the draft Complaint to defendants' counsel in connection with my firm's representation of the Plaintiff in the derivative action entitled *Scott Merz v. Daniel Laikin et al.*, BC 408377 that was filed in the Los Angeles Superior Court (the "Derivative Action").

3. Other than Lorraine Evanoff, the defendants in the instant action were also defendants in the Derivative Action. The Derivative Action defendants were represented by counsel as follows: a) National Lampoon represented by Addison K. Adams, Esq. of Richardson & Patel, LLP; b) Laikin, represented by Jeremy J. Osher of Bore Osher & Luftman LLP; and c) Durham, Skjodt, Jimirro, Murray and Toll represented by Brian A. Kilpatrick, Esq. of Jackson Walker, LLP (collectively "Defense Counsel").

4. On March 11, 2011 the Derivative Action was voluntarily dismissed. A true and correct copy of the dismissal is attached hereto as Exhibit 1. During the three month period where both this action and the Derivative Action were pending, Defense Counsel and I had communications concerning this action.

5. On February 16, 2011 my office sent notice of lawsuit and waiver packages Defense Counsel.

6. On or about March 20, 2011, I received a letter dated March 17, 2011 from Brian Kilpatrick, Esq. of Jackson Walker LLP, counsel for defendants Durham, Skjodt, Levy, Jimirro, Murray and Toll in the Derivative Action, returning the notice of lawsuit and waiver package and indicating that he did not have authority to accept service. A true and correct copy of the letter is attached hereto as Exhibit 2.

7. In accordance with instructions received from Dale Patrick, at the Inmate Grievance Office of the Taft Correctional Institution, on April 18, 2011 my office sent to the Mr. Patrick, via Fedex, a copy of the summons, complaint, proof of service form, and a return postage paid envelope, so that Mr. Patrick's office could personally serve inmate Laikin, Register No. 55594-112. My office was informed that upon completion of service, Mr. Patrick would return the proof of service via the prepaid envelope.

8. On April 25, 2011, my office contacted Mr. Patrick and he confirmed that his office was in receipt of the service materials above, and that inmate Laikin was in the process of being served. He confirmed when service is completed the proof of service form would be mailed to my office.

9. Plaintiffs are still in the process of serving defendant Toll. To date, it appears that defendant Toll may be attempting to evade service of process as described in the declaration of the process server. A true and correct copy of the process server's declaration is attached hereto as Exhibit 3. Plaintiffs will continue to attempt to serve Mr. Toll personally or through substituted service, either at this location or other locations if possible.

3
DECLARATION OF LAURENCE M. ROSEN -- No. CV 10-09292 PA (AGRx)

1  I declare under penalty of perjury under the laws of the State of California
2  and the United States of America that the foregoing is true and correct.
3  Executed this 26th day of April, 2011, at Los Angeles, California.

5  <u>/s/ Laurence M. Rosen</u>
6  Laurence M. Rosen

28

4

DECLARATION OF LAURENCE M. ROSEN -- No. CV 10-09292 PA (AGRx)

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of the Rosen Law Firm, P.A., with offices at 333 S. Grand Avenue, 25th Floor, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 26, 2011, I electronically filed the following **DECLARATION OF LAURENCE ROSEN RE: ORDER TO SHOW CAUSE DISMISSAL FOR LACK OF PROSECUTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 26, 2011.

                                             /s/ Laurence Rosen

                                             Laurence M. Rosen