UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9292 PA (AGRx) | | Date | April 27, 2011 |
|---|---|---|---|---|
| Title | Jonah Ansell v. Daniel S. Laikin, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS - ORDER

On March 7, 2011, this Court selected the Ansell Group as the presumptive lead plaintiff in this securities class action pursuant to 15 U.S.C. §§ 78u-4(a)(3)(B)(i), 78u-4(a)(3)(B)(iii)(I)(bb).  Any members of the purported plaintiff class who wished to challenge the Ansell Group's appointment as lead plaintiff were given until March 21, 2011 to file an opposition.  That date has passed and no opposition has been filed. Accordingly, the court appoints the Ansell Group as the lead plaintiff in this action.

The Ansell Group has selected as Co-Lead Counsel the Rosen Law Firm, P.A. and Rigrodsky & Long, P.A.  Although the Rosen Law Firm, P.A. filed the original Complaint in this action, it is unclear how or why Rigrodsky and Long, P.A. came to be involved in this action.  The Ansell Group has not given any explanation as to why this case requires the services of two law firms, how the law firms will resolve any disputes that may arise between them, or if the arrangement will create a duplication of effort and added expense.  See 15 U.S.C. § 78u-4(a)(3)(B)(v) ("The most adequate plaintiff shall, subject to the approval of the court, select and retain counsel to represent the class.") (emphasis added).

To resolve the Lead Counsel approval issue, the Court orders the Ansell Group to either select a single law firm to act as Lead Counsel or to show cause why the appointment of Co-Lead Counsel will not result in disputes between the law firms, will not create a duplication of effort and added expense, and is otherwise necessary and beneficial to the class.  The response to the order to show cause, which shall not exceed ten (10) pages, shall be filed not later than May 11, 2011.

IT IS SO ORDERED.