Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Lead Plaintiffs and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JONAH ANSELL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL S. LAIKIN, TIMOTHY S. DURHAM, PAUL SKJODT, ROBERT LEVY, JAMES P. JIMIRRO, DUNCAN MURRAY, JAMES TOLL, LORRAINE EVANOFF, and NATIONAL LAMPOON, INC., <br><br> Defendants. | No. 10-CV-09292 PA (AGRx) <br><br> **RESPONSE TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF CO-LEAD COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Hon. Percy Anderson |

0

1 | Lead Plaintiffs Jonah Ansell, Joseph Isaacs, and Michael Raspatello (the "Ansell Group") respectfully submit response to the Order to Show Cause Re: Appointment of Co-Lead Counsel, docket no. 18 ("Show Cause Order").

The Court directed the "Ansell Group to either select a single law firm to act as Lead Counsel or to show cause why the appointment of Co-Lead Counsel will not result in disputes between the law firms, …." Docket no. 18.

In light of the Court's Show Cause Order, the Ansell Group has selected the Rosen Law Firm, P.A. as sole Lead Counsel for Lead Plaintiffs and the Class.

Dated: May 11, 2011

Respectfully submitted,

 /s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Lead Plaintiffs and the Class

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071.  I am over the age of eighteen.

On May 11, 2011, I electronically filed the following **RESPONSE TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF CO-LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

The foregoing was also served by email to:

Seth D. Rigrodsky, Esq.
**RIGRODSKY & LONG, P.A.**
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com


Executed on May 11, 2011

                                        /s/ Laurence Rosen
                                        Laurence M. Rosen