Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiffs and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JONAH ANSELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL S. LAIKIN, TIMOTHY S. DURHAM, PAUL SKJODT, ROBERT LEVY, JAMES P. JIMIRRO, DUNCAN MURRAY, JAMES TOLL, LORRAINE EVANOFF, and NATIONAL LAMPOON, INC.,<br><br>Defendants. | No. 10-CV-09292 PA (AGRx)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF LAURENCE ROSEN IN CONNECTION WITH PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT LAIKIN'S MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing:<br>Date:    August 1, 2011<br>Time:   1:30 p.m.<br>Dept.:   15<br>Judge:  Hon. Percy Anderson |

I, Laurence Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly licensed to practice law in California, New York, New Jersey, Florida, and before this Court.

2. I am the managing shareholder of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiffs and the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto. I submit this declaration in support of: (a) Plaintiffs' Request for Judicial Notice in Opposition to Defendant Laikin's Motions to Dismiss the Complaint; and (b) Plaintiffs' Memoranda of Points and Authorities in Opposition to the Motion to Dismiss the Complaint made by Defendant Laikin.

3. Attached as Exhibit 1 is a true and correct copy of the final consent judgment entered against Defendant Laikin in *SEC v. National Lampoon, Inc.*, C.A. No. 08-5790 (PBT) (E.D. Pa.), Doc. 34 (Ex. A);

4. Attached as Exhibit 2 is a certified copy of the relevant portions of the transcript of the change of plea hearing in the matter *U.S. v. Laikin, et al.*, No. 2:08-cr-00733-JHS-1 (E.D. Pa. Sept. 23, 2009).

5. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: July 11, 2011        /s/ Laurence Rosen, Esq.
                                  Laurence Rosen

1

Decl. In Support of Pl. Request for Judicial Notice in Opposition to Defendant's Motion to Dismiss Complaint
No. 10-CV-09292 PA (AGRx)

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On July 11, 2011, I electronically filed the following **DECLARATION OF LAURENCE ROSEN IN CONNECTION WITH PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on July 11, 2011

/s/ Laurence Rosen
Laurence M. Rosen

2

Decl. In Support of Pl. Request for Judicial Notice in Opposition to Defendant's Motion to Dismiss Complaint
No. 10-CV-09292 PA (AGRx)