ADDISON K. ADAMS (State Bar No. 186545)
aadams@richardsonpatel.com
RICHARDSON & PATEL LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024-6525
Telephone: (310) 208-1182
Facsimile: (310) 208-1154

Attorneys for Defendant
NATIONAL LAMPOON, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH ANSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL S. LAIKIN; TIMOTHY S. DURHAM; PAUL SKJODT; ROBERT LEVY; JAMES P. JIMIRRO; DUNCAN MURRAY; JAMES TOLL; LORRAINE EVANOFF; and NATIONAL LAMPOON, INC.,<br><br>Defendants. | CASE NO.: CV10-9292 PA (AGRx)<br><br><u>CLASS ACTION</u><br><br>**ORDER**<br><br>NOTE: CHANGES MADE BY THE COURT |

**ORDER**

The Court, having considered the foregoing Stipulation of Counsel, and good cause appearing therefore, the Court hereby ORDERS:

1. Counsel for the parties shall: (a) hold the meeting required by Fed. R. Civ. P. 26(f)(1) within two weeks after a decision is issued on defendant Laikin's motion to dismiss; and (b) file the joint discovery plan required by Fed. R. Civ. P. 26(f)(3) within one week of the date of such meeting; and

2. The scheduling conference now set for July 25, 2011 is continued to August 1, 2011 1:30 p.m. The parties shall file the joint report no later than July 25, 2011, following their meet and confer as required by Rule 26.

IT IS SO ORDERED.

Dated: July 12, 2011

_____
Judge of the United States District Court