**SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9292 PA (AGRx) | Date | July 27, 2011 |
|---|---|---|---|
| Title | Jonah Ansell v. Daniel S. Laikin, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS

      The Court has received the parties' joint 26(f) report and finds that a scheduling conference is not necessary.  Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order.  In addition to the attached dates, the Court also sets the deadline for Plaintiff to file his motion for class certification as October 25, 2011.  The dates set by the Court are firm dates.  Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates.  The scheduling conference currently on calendar for Monday, August 1, 2011 at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

      The Court shall enter a Protective Order in this action.  A copy of the Protective Order will be served on the parties.  The Protective Order may be modified or supplemented by the parties.  However, given the trial and pretrial dates set by the Court, disputes concerning the Protective Order should not delay the parties' prosecution of this action.

      Pursuant to the agreement of the parties, this matter has been referred to private mediation.  The parties have fourteen (14) days to select a mediator who has no conflicts and is otherwise available to act as the settlement officer in this matter.  If the parties are unable to agree on a mediator, each side shall submit to the Court the name of a mediator who agrees to act as the settlement officer.  The Court will then randomly select the settlement officer.

      IT IS SO ORDERED.

cc:     ADR Manager

U.S. District Judge Percy Anderson
Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 10-09292 |
|---|---|

| PARTIES: | Jonah Ansell |
|---|---|
| | -v- |
| | Daniel S. Laikin, et al. |
| COMPLAINT FILED: | 12/03/10 |

| TRIAL TYPE: | JURY |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Attorney Settlement Panel
Outside ADR                         X
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 07/10/12 | Jury Trial at 9:00 a.m. |
| 07/05/12 | File Final Trial Exhibit Stipulation |
| 07/02/12 | Hearing on Motions in Limine at 1:30 p.m. |
| | Hearing on Disputed Jury Instructions at 1:30 p.m. |
| 06/15/12 | Final Pretrial Conference at 1:30 p.m. |
| | Motions in Limine to be Filed |
| | Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 06/01/12 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation |
| | File Contentions of Fact & Law |
| | Exhibit & Witness Lists |
| | File Status Report Regarding Settlement |
| | File Agreed Upon Set of Instructions & Verdict Forms |
| | File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| 05/14/12 | Last Date to Conduct Settlement Conference |
| 05/07/12 | Last Day for Hearing Motions |
| 04/30/12 | Discovery Cut-off |
| 10/24/11 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |