Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiff and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH ANSELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL S. LAIKIN, TIMOTH S. DURHAM, PAUL SKJODT, ROBERT LEVY, JAMES P. JIMIRRO, DUNCAN MURRAY, JAMES TOLL, LORRAINE EVANOFF, and NATIONAL LAMPOON, INC.,<br><br>Defendants. | No. CV 10-09292 PA (AGRx)<br><br>**STIPULATION AND NOTICE OF PARTIES' SELECTION OF ATTORNEY SETTLEMENT OFFICER PURSUANT TO THE ADR PROGRAM**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Percy Anderson<br>CTRM: 15 |

1
NOTICE OF PARTIES SELECTION OF SETTLEMENT OFFICER -- No. CV 10-09292 PA (AGRx)

# STIPULATION AND NOTICE OF PARTIES SELECTION OF ATTORNEY SETTLEMENT OFFICER

PLEASE TAKE NOTICE that pursuant to the Court's July 27, 2011 scheduling order, all of the parties agree on the selection of Robert Steinberg, Esq. of ADR Services, Inc. as the mediator and settlement officer for this case. Mr. Steinberg is a professional mediator affiliated with ADR Services, Inc. His contact information is listed below.

Robert Steinberg, Esq.
ADR Services, Inc.
1900 Avenue of the Stars
Suite 250
Los Angeles, California 90067
Tel (310) 201-0010
Fax (310) 201-0016

September 6, 2011                    /s/ Laurence Rosen, Esq.
                                     Laurence Rosen, Esq. (SBN #219683)
                                     **THE ROSEN LAW FIRM, P.A.**
                                     355 South Grand Avenue, Suite 2450
                                     Los Angeles, CA 90071
                                     Tel.: (213) 785-2610
                                     Fax: (213) 226-4684
                                     Email: lrosen@rosenlegal.com

                                     Lead Counsel for Plaintiff and the Class

Dated: September 6, 2011             RICHARDSON & PATEL LLP


                                     By:  /s/ Addison K. Adams
                                      ADDISON K. ADAMS
                                      *Attorneys for Defendant*
                                      *National Lampoon, Inc.*

2

NOTICE OF PARTIES SELECTION OF SETTLEMENT OFFICER -- No. CV 10-09292 PA (AGRx)

| | | |
|---|---|---|
| 1 | Dated:   September 6,  2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | |
| 4 | | By:     /S/ Timothy L. Skelton |
| 5 | | TODD A. ROBERTS<br>TIMOTHY L. SKELTON |
| 6 | | *Attorneys for Defendants Timothy S. Durham, Paul Skjodt, Robert Levy, James P. Jimirro, Duncan Murray, James Toll, and Lorraine Evanoff* |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated:  September 6, 2011 | BOREN, OSHER & LUFTMAN, LLP |
| 13 | | |
| 14 | | By:  /s/ Jeremy J. Osher |
| 15 | | Jeremy J. Osher |
| 16 | | *Attorneys for Defendant Daniel S. Laikin* |

3

NOTICE OF PARTIES SELECTION OF SETTLEMENT OFFICER -- No. CV 10-09292 PA (AGRx)

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 6, 2011, I electronically filed the following **NOTICE OF PARTIES SELECTION OF SETTLEMENT OFFICER** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 6, 2011.

                                              /s/ Laurence Rosen
                                              Laurence M. Rosen